IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

CASE NO.: 1:24-cv-22924

CENTENNIAL BANK,
an Arkansas Corporation,

       *Plaintiff*,

v.

GUILLERMO GERMAN COQUELET, a Florida
Resident, *in personam*.

       *Defendant*.
_____/

## <u>PLAINTIFF'S MOTION FOR WRIT OF EXECUTION</u>

Plaintiff, CENTENNIAL BANK ("Plaintiff"), by and through undersigned counsel, hereby moves for issuance of a Writ of Execution against Defendant, GUILLERMO GERMAN COQUELET ("Defendant") pursuant to FRCP 69(a)(1) and Local Rule 7069-1(C) and states:

1. On November 8, 2024, this Court entered Final Default Judgment in favor of Plaintiff and against Defendant in the amount of $403,816.69, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 [ECF No. 21]. A certified copy of the Final Default Judgment is attached hereto as **Exhibit "A."**

2. The judgment remains unsatisfied.

3. As such, Plaintiff respectfully requests that this Court direct the Clerk to issue a Writ of Execution commanding the U.S. Marshal for the Southern District of Florida to execute the judgment by levying upon the Defendant's non-exempt assets to satisfy the outstanding judgment.

1

4. A proposed Writ of Execution in the form prescribed by this Court in accordance with Local Rule 7069-1(C) is attached as **Exhibit "B."**

WHEREFORE, Plaintiff, Centennial Bank, respectfully requests that this Court issue an Order directing the Clerk of Court to issue a Writ of Execution as requested herein and grant such other and further relief as this Court deems just and proper.

Respectfully Submitted,

Dated:  November 25, 2024

*/s/ Nicholas J. Zeher*
Nicholas J. Zeher, Esq. (Fla. Bar No. 1003565)
Serena A. Witter, Esq. (Fla. Bar No. 45216)
ROBERT ALLEN LAW
The Four Seasons Office Tower
1441 Brickell Avenue, Suite 1400
Miami, Florida  33131
Tel.:    (305) 372-3300
Fax:    (305) 379-7018
Email: nzeher@robertallenlaw.com
        switter@robertallenlaw.com
        litigation@robertallenlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 25th day of November 2024, a true and correct copy of the foregoing document has been mailed to Defendant, GUILLERMO COQUELET, at the following address: **1245 Summerwood Circle, Wellington, FL 33414**.

*/s/ Nicholas J. Zeher*
Nicholas J. Zeher (Fla. Bar. No. 1003565)

2

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-22924-CIV-ALTONAGA/Reid**

CENTENNIAL BANK,

      Plaintiff,

v.

GUILLERMO GERMAN
COQUELET,

      Defendant.

_____/

## <u>ORDER</u>

**THIS CAUSE** came before the Court on Plaintiff, Centennial Bank's Motion for Entry of

Default Final Judgment Against Defendant, Guillermo German Coquelet [ECF No. 17], filed on

October 24, 2024. For the reasons set forth in the Court's Order [ECF No. 20] granting the Motion,

it is

**ORDERED AND ADJUDGED** that Plaintiff, Centennial Bank shall recover from

Defendant, Guillermo German Coquelet, Jr., the principal amount of **$304,761.33**, together with

interest in the amount of **$98,135.32** accrued through October 22, 2024, plus pre-judgment interest,

which shall continue to accrue at a per diem rate of $54.12 through the date of this Final Judgment

in the amount of **$920.04**, for a total sum due of **$403,816.69**. This final judgment shall bear post-

judgment interest at the rate prescribed by 28 U.S.C. section 1961.

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida

By _____ Deputy Clerk

Date 11/21/24

CASE NO. 24-22924-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 8th day of November, 2024.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

# EXHIBIT B

DC 111 (Rev. 11/2002) Writ of Execution

## WRIT OF EXECUTION

| U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small> | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| | and |

in the United States District Court for the _____ District of _____ ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.

     And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|