UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22924-CIV-ALTONAGA/Reid

**CENTENNIAL BANK**,

 Plaintiff,
v.

**GUILLERMO GERMAN COQUELET**,

 Defendant.
_____/

**ORDER**

 **THIS CAUSE** came before the Court on Plaintiff, Centennial Bank's Motion for Writ of Execution [ECF No. 22], filed on November 25, 2024.

 Being fully advised, it is

 **ORDERED** that the Motion **[ECF No. 22]** is **GRANTED**. The Clerk of Court is **DIRECTED** to issue the Writ of Execution attached to the Motion as Exhibit B.

 **DONE AND ORDERED** in Miami, Florida, this 25th day of November, 2024.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**